UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Petitioner,<br><br>v.<br><br>GLORIA ESPINOSA DE OSORIO,<br><br>                             Respondent. | Case No.: 10-CR-2646-L<br><br>**ORDER DENYING MOTION FOR MODIFICATION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(C)(2)** |

      On November 24, 2014, Petitioner Gloria Espinosa de Osorio ("Petitioner"), proceeding *pro se*, filed a motion for relief of sentence pursuant to 18 U.S.C. § 3582(c)(2). Petitioner's motion is based upon retroactive Amendment 782 of the United States Sentencing Guidelines that pertain to drug trafficking offenses which became effective November 1, 2014. The Government filed an opposition to the motion. For the reasons set forth below, Petitioner's motion is **DENIED**.

      Petitioner pled guilty to Importation of Heroin in violation of 21 U.S.C. §§ 952 and 960. On July 27, 2011, this Court sentenced Petitioner to 120 months in the custody of the Bureau of Prisons for one count of Importation of Heroin, the mandatory minimum sentence required.

Amendment 782 reduces the base offense level for drug trafficking offenses in § 2D1.1(c) of the Sentencing Guidelines. *See* Amendment 782, Supplement to Appendix C, Amendments to the Guidelines Manual. A motion for reduction of sentence under § 3582(c)(2) "is simply a vehicle through which appropriately sentenced prisoners can urge the court to exercise leniency to give [them] the benefits of an amendment to the guidelines." *United States v. Townsend*, 98 F.3d 510, 513 (9th Cir. 1996) (quoting *United States v. Whitebird*, 55 F.3d 1007, 1011 (5th Cir. 1995) (internal quotation marks omitted)). However, a mandatory minimum sentence may not be reduced by a district court under section 3582 because the guideline amendments do not reduce such sentences, instead, court are only authorized to reduce sentences "based on a sentencing range that has subsequently been lowered by the Sentencing Commission" *United States v Sykes*, 658 F.3d 1140, 1148 (9th Cir. 2011).

Petitioner was sentenced to the mandatory minimum of 120 months for Importation of 1 kilogram and more of heroin, therefore, the sentence was not modified by the amended guidelines and cannot be reduced pursuant to Amendment 782. Petitioner's motion for a reduction in her sentence is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 9, 2017

Hon. M. James Lorenz
United States District Judge

COPIES TO:
PETITIONER
U.S. ATTORNEY'S OFFICE

2

10-CR-2646-L